UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HELEN MEIMARIS, et al.

                Plaintiffs,

    -against-

JOSEPH E. ROYCE, et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2018

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 Civ. 4363 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____<br><br>*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| ___ | Settlement | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>All such motions: _X_ |

Dated: July 12, 2018

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge