**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK D. KOTWICK
PARTNER
(212) 574-1545
kotwick@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

901 K STREET NW
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

July 27, 2018

**SO ORDERED**

The conference is adjourned to
October 2, 2018 at 9:30 a.m.

JUL 3 0 2018

HON. GEORGE B. DANIELS

**VIA ECF & FAX**

Honorable George B. Daniels
United States District Judge
United States District Court
  Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**Estate of Meimaris, et ano. v. Royce, et al. (18-CV-4363)**

Dear Judge Daniels:

We write on behalf of all of the parties that have appeared in the above-referenced matter and further to a conversation Defendant Tulio Prieto had with Your chambers earlier today.

The Initial Pre-Trial Conference in this matter was scheduled for August 1, 2018. [ECF Doc. No. 20]. The Court subsequently entered an Order of Reference to a Magistrate Judge, referring general pretrial matters to Magistrate Judge Moses. [ECF Doc. No. 46]. In view of the reference, the parties respectfully request that the scheduled August 1 conference be adjourned sine die.

Respectfully submitted,

Mark D. Kotwick

MDK:mn

cc:   Counsel of record for the parties via ECF

SK 27991 0004 7960719