# ALKISTIS G. MEIMARIS, ESQ.
_____

240 Fifth Avenue<br>
New York, New York 10001<br>
201.615.3220<br>
Alkistism@aol.com

September 18, 2018

Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY   10007

     RE:    <u>Request to Serve Defendants Jaime Leroux, Gruposedei and Tecnisea through counsel Adam Rodriguez and extension of time to serve in Estate of Meimaris et. al. v. Joseph E. Royce et. al. 1:18-cv-4363</u>

Dear Judge Daniels:

     This Office represents The Estate of Alkiviades Meimaris and Helen Meimaris.  I  submit this letter-motion pursuant to local Rule 7.1 (d).  I am writing to respectfully request that we be allowed to effectuate service on foreign based Defendants; Jaime Leroux, Gruposedei and Tecnisea by registered mail, or alternatively, through counsel Adam Rodriguez and an  extension of time to serve the aforementioned Defendants.  These Defendants are located in Ecuador.

     Mr. Rodriguez, who represents Defendants Joseph Royce and Lawrence Blatte, indicated to me that he would be representing Mr. Jaime Leroux as well.   Mr. Leroux controls the two corporate entities known as Gruposedei and Tecnisea.   When I first asked Mr. Rodriguez to accept service for these Defendants he did not at first respond.  However, he did tell me not to contact Mr. Leroux directly.   When I asked Mr. Rodriguez several times whether he was in fact representing Mr. Leroux, he again did not respond.  He finally told  me he would be representing Mr. Leroux once he was served, but he refused to accept service on behalf of Mr. Leroux.

     This places Plaintiffs unfairly in a quandary.  I cannot contact Mr. Leroux directly to request a waiver of service as Mr. Rodriquez either does or will represent him, yet Mr. Rodriguez refuses to accept service on behalf of Mr. Leroux.

     For the foregoing reasons and in the interest of justice and efficiency for all,   I respectfully request your Honor to grant my request to serve Mr. Leroux and his Companies,

Gruposedei and Tecnisea, by either registered mail or by serving counsel, Adam Rodriguez. FRCP 4(f) indicates alternative methods for service upon an individual in a foreign country. These include doing so in accordance with treaty, some internationally agreed upon means or "by some other means not prohibited by international agreement, as the Court orders." (Rule 4(f)(3)). Also, a foreign corporation can be served "in any manner prescribed by FRCP Rule 4(f) for serving an individual except personal delivery under 4(f)(2)(c)(i)." (Rule 4(h)(2))

While Plaintiffs have begun the formal process for service of these Defendants as mandated by International Treaty, this process takes over 6 months to effectuate. For these reasons, Plaintiffs request that this Court authorize service of process by either of the methods suggested above.

Respectfully,

Alkistis G. Meimaris, Esq.

/s/ Alkistis Meimaris

CC:   Counsel of Record via ECF