# ALKISTIS G. MEIMARIS, ESQ.
_____

240 Fifth Avenue<br>
New York, New York 10001<br>
201.615.3220<br>
Alkistism@aol.com

September 28, 2018

Hon. George B. Daniels
Hon. Barbara Moses
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY   10007

    RE:   *Defendants' Motion Letter to Court    Dated September 28, 2018, in Estate of Meimaris et. al. v. Joseph E. Royce et. al. 1:18-cv-4363*

Dear Judge Daniels:

I am counsel for Plaintiffs and I am writing to respond to Defendants' motion letter to the Court dated September 28, 2018, requesting the Court to adjourn the preliminary conference scheduled for October 2, 2018, yet again.

It is our belief that Defendants had more than ample time to request this adjournment rather than do so at the eleventh hour, once again.  [ECF filing No. 56]. I am quite certain that Defendants' knew that they would be filing motions to dismiss prior to this week.  It is our belief that this is another stall tactic of Defendants not to appear in front of your Honor.

It is true that in my email to Defendants I indicated to them that we will contest this adjournment request as they had ample time make this request, knowing that this conference was scheduled some months ago. [ECF filing No. 57]  I indicated to the Defendants in my email, that my client, will take this case "to the end", that is, as far as it can go. The reason being is that my client wants to vindicate what happened to her husband, an honest, loyal man with impeccable character, who she feels prematurely  died as a result of being defrauded and swindled by his business partners, these Defendants.

It is also true that the Third Amended Complaint ("TAC") which was authorized by the Court on August 22, 2018 to be filed was filed only this week.  The reason was that in the last two weeks of August, I had two deaths in my family of close family members in Greece, and was not here in

the United States. I left the United States on August 19, 2018 as I was attending to family illness, which resulted in two funerals. The TAC which Plaintiffs filed with the Court, is identical to the one which was submitted to the Court on July 12, 2018, with the exception that Plaintiffs only added the Defendants, Gruposedei and Tecnisea, which the Court authorized them to do by order dated August 22, 2018. Plaintiffs are perplexed as to why Defendants are using such misleading tactics as to convince the Court that the TAC is different. There are no new allegations, contentions or causes of action, only the addition of the new Defendants, Gruposedei and Tecnisea, in the Complaint.

Finally, Defendants erroneously mention that there are statute of limitations issues in Plaintiffs' Complaint. As Plaintiffs' have stated in all of their filed motions, responses to motions and pleadings, there are absolutely no such issues. [ ECF filings 50, 62 etc.] Plaintiffs are within all the required statute of limitations periods, including that statute of limitations period as prescribed by the continuous wrong doctrine. This is another weak attempt of Defendants to dilute the validity Plaintiffs' claims.

With regard to any other contentions in Defendants letter not addressed herein, I will be prepared to further discuss should the Court require at the preliminary conference on October 2, 2018.

For the reasons set herein, we believe that the Court should not adjourn this conference again as Defendants knew about the conference since July and failed to make their motions to dismiss sooner and request adjournment sooner.

Respectfully,

Alkistis G. Meimaris, Esq.

/s/ Alkistis Meimaris

CC:   Counsel of Record via ECF