UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESTATE OF ALKIVIADES MEIMARIS, et al.,

    Plaintiffs,

        -against-

JOSEPH E. ROYCE, et al.,

    Defendants.
------------------------------------------------------------------X

18-cv-4363 (GBD) (BCM)

**NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT & STAY DISCOVERY**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Adam Rodriguez, Esq., dated October 1, 2018, and the exhibits attached thereto; Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Third Amended Complaint, dated October 1, 2018; and, upon all the pleadings and proceedings herein, Defendants Joseph E. Royce and Lawrence A. Blatte will move this Court at such date and time designated by the Court, before the Hon. George B. Daniels, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting Defendants' motion, pursuant to rules 9(b), 12(b)(1), 12(b)(6), 12(f) and 26(c) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, any opposition papers are due on October 15, 2018, and any reply papers are due on October 22, 2018.

Dated: White Plains, New York
      October 1, 2018

                                              Respectfully submitted,
                                              BLEAKLEY PLATT & SCHMIDT, LLP
                                              *Attorneys for Defendants Royce & Blatte*
                                              One North Lexington Avenue
                                              White Plains, NY 10601
                                              (914) 949-2700
                                              BY: */s/ Adam Rodriguez*
                                              William P. Harrington, Esq.
                                              Adam Rodriguez, Esq.