# Exhibit 3

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
IN RE: : Chapter 11
:
**TBS Shipping Services Inc., et al.,** : Case No. 12-22224 (MG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------x

**NOTICE OF EFFECTIVE DATE OF JOINT PREPACKAGED**
**PLAN OF REORGANIZATION FOR THE DEBTORS UNDER CHAPTER 11**
**OF THE BANKRUPTCY CODE (WITH TECHNICAL MODIFICATIONS)**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that on February 6, 2012 (the "*Petition Date*"), TBS Shipping Services Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "*Debtors*" and each, a "*Debtor*") in the above captioned chapter 11 cases (the "*Chapter 11 Cases*"), each filed petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*").

      **PLEASE TAKE FURTHER NOTICE** that on March 29, 2012, the Bankruptcy Court entered an order [Docket No. 140] (the "*Confirmation Order*") confirming the Joint Prepackaged Plan of Reorganization for the Debtors under Chapter 11 of the Bankruptcy Code (with Technical Modifications) dated as of March 2, 2012 [Docket No. 98] (the "*Plan*"). Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

      **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on April 12, 2012.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order, and their respective terms and provisions, are binding on the Debtors, the Reorganized Debtors, any entity acquiring or receiving property or a distribution under the Plan, and any present or former holder of a Claim against or Interest in the Debtors and their respective successors, assigns, and parties in interest, including all Governmental Units, whether or not the applicable Claim or Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept or reject the Plan (or abstained from voting on the Plan).

> **ALL PLEADINGS FILED WITH, AND ORDERS ENTERED BY, THE BANKRUPTCY COURT ARE AVAILABLE FOR INSPECTION ON THE BANKRUPTCY COURT'S INTERNET SITE AT http://www.nysb.uscourts.gov AND AT NO COST FROM THE REORGANIZED DEBTORS' RESTRUCTURING WEBSITE, http://www.tbsrestructuring.com.**

Dated: New York, New York
April 18, 2012

/s/ Michael A. Rosenthal
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION