UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HELEN MEIMARIS, *Individually and as Executrix and Legal Representative of the Estate of Alkiviades Meimaris*,

                                 Plaintiff,

-against-

JOSEPH E. ROYCE, TULIO PRIETO, LAWRENCE A BLATTE, TBS SHIPPING SERVICES INC., JAIME LEROUX, GUARDIAN NAVIGATION, TECNISEA, and GRUPOSDEDEI,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 4363 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

By letter dated September 28, 2018, Defendants request an adjournment of the initial conference scheduled for October 2, 2018. (ECF No. 67.) Plaintiff opposes the request. (ECF No. 68.) This matter has been referred to Magistrate Judge Barbara C. Moses for general pretrial management and dispositive motions. (ECF No. 46.) Accordingly, Defendants' request to adjourn the initial conference before this Court is GRANTED.

The initial conference is adjourned to January 9, 2019 at 9:30 am.

Dated: New York, New York
      October 2, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge