

| | |
|---|---|
| **BLEAKLEY PLATT & SCHMIDT, LLP** | |
| NEW YORK   CONNECTICUT | ONE NORTH LEXINGTON AVENUE |
| ADAM RODRIGUEZ | WHITE PLAINS, NEW YORK 10601 |
| 914.287.6145 | 914.949.2700 |
| arodriguez@bpslaw.com | Fax: 914.683.6956 |
| | BPSLAW.COM |

October 17, 2018

Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *Request for Extension - Estate of Meimaris, et al. v. Royce, et al., 18-cv-4363*

Dear Judge Daniels:

This office represents Defendants Joseph E. Royce and Lawrence A. Blatte in this matter. I write on behalf of my clients as well as co-Defendants Tulio Prieto, TBS Shipping Services Inc., and Guardian Navigation to respectfully request that the deadline for Defendants to reply to Plaintiffs' opposition to the Defendants' motions to dismiss be extended until October 22, 2018. This is the first extension request, which Plaintiffs consent to. This extension would not affect any other scheduled dates.

Thank you for your time and attention to this matter.

Respectfully,

BLEAKLEY PLATT & SCHMIDT, LLP

/s/ *Adam Rodriguez*
Adam Rodriguez

Cc: Counsel of record via ECF or email