# BLEAKLEY PLATT

NEW YORK    CONNECTICUT

**ADAM RODRIGUEZ**
914.287.6145
arodriguez@bpslaw.com

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 18 2018

October 17, 2018

Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

**MEMO ENDORSED**

Re:   *Request for Extension - Estate of Meimaris, et al. v. Royce, et al., 18-cv-4363*

Dear Judge Daniels:

This office represents Defendants Joseph E. Royce and Lawrence A. Blatte in this matter. I write on behalf of my clients as well as co-Defendants Tulio Prieto, TBS Shipping Services Inc., and Guardian Navigation to respectfully request that the deadline for Defendants to reply to Plaintiffs' opposition to the Defendants' motions to dismiss be extended until October 29, 2018. This is the first extension request, which Plaintiffs consent to. This extension would not affect any other scheduled dates.

Thank you for your time and attention to this matter.

Respectfully,

BLEAKLEY PLATT & SCHMIDT, LLP

/s/ *Adam Rodriguez*
Adam Rodriguez

Cc: Counsel of record via ECF or email

---

Application GRANTED. Defendants' reply in support of their motion to dismiss shall be filed no later than **October 29, 2018**.

All parties are reminded that this action has been referred to Judge Moses for both General Pretrial and Report and Recommendation on Dispositive Motions. All future correspondence with the Court and motions in this Action should be addressed to Judge Moses and comply with her Individual Practices. **SO ORDERED.**

_____
Barbara Moses, United States Magistrate Judge
October 18, 2018