UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF ALKIVIADES MEIMARIS, et al.,

        Plaintiffs,

-against-

JOSEPH E. ROYCE, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/18
```

18-CV-4363 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge:**

    The parties are reminded that this action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and letter-applications, including those related to scheduling and discovery, must be made to Judge Moses and in compliance with the Individual Practices of Magistrate Judge Barbara Moses, available on the Court's website at http://nysd.uscourts.gov/judge/Moses.

    The parties are further reminded that pursuant to § II.G of the Individual Practices, they are required to deliver courtesy copies of all formal motion papers to chambers, promptly after filing, including protruding tabs for any exhibits.

    By letter dated October 17, 2018 (Dkt. No. 87), plaintiffs' counsel requests permission to "file hard copies" of the exhibits "for my Affirmations in the above case," because she has had difficulty filing electronic copies on ECF. Plaintiffs not only may but must deliver "hard copies" of their motion papers to chambers – including any exhibits to affirmations – pursuant to § II.G of the Individual Practices. Like all attorneys admitted to practice in this District, however, plaintiffs' counsel is expected to file her motion papers electronically. Absent further information the Court cannot conclude that counsel's recent difficulties constitute the "exceptional circumstances" contemplated by § 1.1 of the ECF Rules & Instructions.

Dated: New York, New York
       October 18, 2018

                            **SO ORDERED.**

                            _____
                            **BARBARA MOSES**
                            **United States District Judge**