UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HELEN MEIMARIS, AS EXECUTRIX AND LEGAL REPRESENTATIVE OF THE ESTATE OF ALKIVIADES MEIMARIS, and HELEN MEIMARIS,<br><br>           Plaintiffs,<br><br>   vs.<br><br>JOSEPH E. ROYCE, LAWRENCE A. BLATTE, TULIO PRIETO, JAIME LEROUX, TBS Shipping Services Inc., Guardian Navigation, Services Inc., Gruposedei and Technisea,<br><br>           Defendants. | 18-cv-4363 (GBD)(BCM)<br><br>**SECOND AFFIRMATION OF MARK D. KOTWICK IN FURTHER SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT AND FOR STAY OF DISCOVERY** |

I, MARK D. KOTWICK, an attorney duly admitted to practice before this Court, hereby affirm under penalty of perjury that the following is true and correct:

1.  I am a partner of the law firm of Seward & Kissel LLP, attorneys of record for Defendant TBS Shipping Services Inc., n/k/a Defendant Guardian Navigation Services Inc. (collectively, the "Company Defendants") in the above-captioned action.

2.  I am fully familiar with the facts set forth herein, and make this Second Affirmation in Further Support of Motion to Dismiss Third Amended Complaint and for Stay of Discovery of the Company Defendants.

3.  Attached as Exhibit 5 hereto is a true and accurate copy of the complete docket report from PACER for the matter *In re TBS Shipping Services Inc., et al.,* Case No. 12-22224 (S.D.N.Y. Bankr.).

4.  Wherefore, it is respectfully requested that, for the reasons set forth in the Memorandum of Law in Support of Motion to Dismiss Third Amended Complaint and for a Stay

of Discovery by Defendants TBS Shipping Services Inc. and Guardian Navigation Services Inc. [ECF Doc. No. 76] and the accompanying Reply Memorandum of Law, the Company Defendants' motion be granted in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Mark D. Kotwick

Dated: October 29, 2018

SK 27991 0005 8094073