# ALKISTIS G. MEIMARIS, ESQ.
_____

240 Fifth Avenue<br>
New York, New York 10001<br>
201.615.3220<br>
Alkistism@aol.com

January 3, 2019

Hon. George Daniels
Hon. Barbara Moses
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY   10007

     RE:    <u>Response to Defendants' Request to   Adjourn the Initial Pre-Trial Conference in Estate of Meimaris et. al. v. Joseph E. Royce et. al. 1:18-cv-4363</u>

Dear Judge Moses and Judge Daniels:

    I am counsel for Plaintiffs and I am writing to respectfully request the Court either deny Defendants' request to adjourn the pre-trial conference scheduled for January 9, 2019 or in the alternative, grant Plaintiffs leave for oral argument.

    Originally, the pre-trial conference was scheduled  for August 1, 2018 and then again for October 2, 2018.   [ ECF No's. 20, 57, 78] At both times, Defendants requested adjournment, delaying the inevitable.  At both times, Defendants' requests were granted.

    Contrary to Defendants' contentions, there are no statute of limitations issues.  Defendants' contentions are without legal basis as clearly set forth in Plaintiffs' ECF submissions No's. 25, 62, 79, 83 and 87.  Defendants' contentions are a manipulation of the facts and a weak attempt to divert the Court from holding a pre-trial conference.   Further, there are no substantive issues or other issues which cannot be cured by Amendment of the Complaint.

    Plaintiffs believe that the pre-trial conference should be conducted in order to move the case along, and prepare everyone for the next juncture in this matter.  Defendants have had more than ample adjournments in this case, to do so again, would be unfair to the Plaintiffs.  However, Plaintiffs are amenable to an adjournment if  an oral argument is scheduled.

For the foregoing reasons, Plaintiffs respectfully request the Court to either deny Defendants' request to adjourn the meeting with Judge Daniels on January 9, 2019 or if in fact the pre-trial conference is adjourned, grant Plaintiffs leave for oral argument.

Respectfully Submitted,

/s/ Alkistis Meimaris<br>Alkistis G. Meimaris, Esq.

CC:   Counsel of Record via ECF