UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HELEN MEIMARIS, *Individually and as Executrix and Legal Representative of the Estate of Alkiviades Meimaris*,

                     Plaintiff,

    -against-

JOSEPH E. ROYCE, TULIO PRIETO, LAWRENCE A BLATTE, TBS SHIPPING SERVICES INC., JAIME LEROUX, GUARDIAN NAVIGATION, TECNISEA, and GRUPOSDEDEI,

                     Defendants.
------------------------------------- x

<u>ORDER</u>

18 Civ. 4363 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for March 20, 2019 is adjourned to May 22, 2019 at 9:30 am.

Dated: New York, New York
       March 14, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge