UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

HELEN MEIMARIS AS EXECUTRIX and LEGAL
REPRESENTATIVE OF THE ESTATE OF ALKIVIADES
MEIMARIS AND HELEN MEIMARIS,
   Plaintiffs,

1:18-cv-4363 (GBD)

**<u>NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)</u>**

-against-

JOSEPH E. ROYCE, LAWRENCE A. BLATTE,
TULIO PRIETO , JAIME LEROUX,
TBS Shipping Services Inc., Guardian Navigation ,
Services Inc., Gruposedei and Tecnisea,
   Defendants.
———————————————————————X

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs **<u>Helen Meimaris as Executrix and Legal Representative of the Estate of Alkiviades Meimaris and Helen Meimaris</u>** and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants **<u>Jaime Leroux, Grupo Sedei and Tecnisea</u>**.

**Date:  May 8, 2019**

/s/  Alkistis G.  Meimaris
*Signature of Plaintiffs' counsel*

240 Fifth Avenue
*Address*

New York, New York   10001
*City, State & Zip Code*

(201) 615-3220
*Telephone Number*

Case 1:18-cv-04363-GBD-BCM   Document 108   Filed 05/08/19   Page 2 of 2