UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
)
)
HELEN MEIMARIS AS EXECUTRIX and LEGAL )
REPRESENTATIVE OF THE ESTATE OF ALKIVIADES )
MEIMARIS AND HELEN MEIMARIS, )    1:18-cv-4363 (GBD)
                Plaintiffs, )
) **NOTICE OF VOLUNTARY**
) **DISMISSAL PURSUANT TO**
) **F.R.C.P. 41(a)(1)(A)(i)**
)
)
-against- ) **SO ORDERED:**
)
) *[signature]*
) **George B. Daniels, U.S.D.J.**
JOSEPH E. ROYCE, LAWRENCE A. BLATTE, )
TULIO PRIETO , JAIME LEROUX, ) **Dated:** MAY 0 9 2019
TBS Shipping Services Inc., Guardian Navigation , )
Services Inc., Gruposedei and Tecnisea, )
                Defendants. )
_____X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs **Helen Meimaris as Executrix and Legal Representative of the Estate of Alkiviades Meimaris and Helen Meimaris** and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants **Jaime Leroux, Grupo Sedei and Tecnisea**.

**Date: May 8, 2019**

        /s/ Alkistis G. Meimaris
        *Signature of Plaintiffs' counsel*

        240 Fifth Avenue
        *Address*

        New York, New York  10001
        *City, State & Zip Code*

        (201) 615-3220
        *Telephone Number*