UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HELEN MEIMARIS, *Individually and as Executrix and Legal Representative of the Estate of Alkiviades Meimaris*,

                        Plaintiff,

     -against-

JOSEPH E. ROYCE, TULIO PRIETO, LAWRENCE A. BLATTE, TBS SHIPPING SERVICES INC., and GUARDIAN NAVIGATION,

                        Defendants.
------------------------------------- x

ORDER

18 Civ. 4363 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

    The conference is adjourned from May 22, 2019 to September 4, 2019 at 9:30 am.

    The parties are directed to address all further applications and communications to Magistrate Judge Barbara C. Moses.

Dated: New York, New York
       May 20, 2019

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       United States District Judge