# ALKISTIS G. MEIMARIS, ESQ.
_____

240 Fifth Avenue
New York, New York 10001
201.615.3220
Alkistism@aol.com

September 4, 2019

Hon. Barbara Moses
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY   10007

    RE:    *Response to Defendants' Request to Adjourn the Initial Pre-Trial Conference in Estate of Meimaris et. al. v. Joseph E. Royce et. al. 1:18-cv-4363*

Dear Judge Moses:

    I am counsel for Plaintiffs and I am writing to respectfully request the Court either deny Defendants' request to adjourn the pre-trial conference scheduled for September 4, 2019 or in the alternative, grant Plaintiffs leave for oral argument.

    This Conference has been scheduled and adjourned on at least five occasions. The pre-trial conference has been scheduled for August 1, 2018, October 2, 2018, January 9, 2019, March 30, 2019 and then again for May 22, 2019 [ECF No's. 20, 57, 78, 107 & 112] Each time, Defendants have requested adjournment. Each time, Defendants' requests were granted.

    Plaintiffs are in the process of preparing their objections to the Magistrate's Report and Recommendation and believe that a pre-trial conference should be conducted as it has already been adjourned five times.  Defendants have had more than ample adjournments in this case, to do so again, would be unfair to the Plaintiffs.  However, Plaintiffs are amenable to an adjournment if an oral argument is scheduled.

    For the foregoing reasons, Plaintiffs respectfully request the Court to either deny Defendants' request to adjourn the meeting with Judge Daniels on September 4, 2019 or if in fact the pre-trial conference is adjourned, grant Plaintiffs leave for oral argument.

Respectfully Submitted,

<u>/s/ Alkistis Meimaris</u>
Alkistis G. Meimaris, Esq.

CC: Counsel of Record via ECF