

**BLEAKLEY PLATT**
NEW YORK   CONNECTICUT

BLEAKLEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

ADAM RODRIGUEZ
914.287.6145
ARodriguez@bpslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2019

August 30, 2019

Hon. Barbara Moses
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

SEP 0 4 2019

SO ORDERED

The initial conference is adjourned from September 4, 2019 to October 2, 2019 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Request for Adjournment - Estate of Meimaris, et al. v. Royce, et al.*, 18-cv-4363

Dear Judge Moses:

This office represents Defendants Joseph E. Royce and Lawrence A. Blatte in this matter. I write with the consent of co-Defendants Tulio Prieto, TBS Shipping Services Inc., and Guardian Navigation to respectfully request that the Initial Pre-Trial Conference, which is currently scheduled for September 4, 2019, be adjourned.

The Initial Pre-Trial Conference was originally scheduled for August 1, 2018, and has been adjourned five times, most recently to September 4, 2019. (ECF Nos. 20, 57, 78, 104, 107, 112.) In the last adjournment order, Judge Daniels directed the parties to "address all further applications and communications to Magistrate Judge Barbara C. Moses." (ECF No. 112.)

In light of this Court's August 20, 2019 Report and Recommendation (ECF No. 113), which recommended dismissal of this matter in its entirety, the Defendants respectfully request that the scheduled September 4, 2019 Initial Pre-trial Conference be adjourned *sine die*.

Plaintiffs do not consent to this application, but did not specify a reason.

Thank you for your time and attention to this matter.

Respectfully,

BLEAKLEY PLATT & SCHMIDT, LLP

/s/ *Adam Rodriguez*
Adam Rodriguez

Cc: Counsel of record via ECF or email