UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HELEN MEIMARIS, on behalf of herself and as
Executrix and Legal Representative of the Estate
of Alkiviades Meimaris,

               Plaintiff,

-against-

JOSEPH E. ROYCE, TULIO PRIETO,
LAWRENCE A. BLATT, TBS SHIPPING
SERVICES INC., and GUARDIAN NAVIGATION,
               Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/19
```

18 **CIVIL** 4363 (GBD)(BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 25, 2019, Magistrate Judge Moses's Report is ADOPTED. Defendants' motions to dismiss are GRANTED.

**Dated:** New York, New York
         September 25, 2019

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                  **BY:**

                                                  **Deputy Clerk**