UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
)
HELEN MEIMARIS AS EXECUTRIX and LEGAL )
REPRESENTATIVE OF THE ESTATE OF ALKIVIADES )
MEIMARIS AND HELEN MEIMARIS, ) 1:18-cv-4363 (GBD)(BCM)
        Plaintiffs, )
) **NOTICE OF MOTION FOR**
) **RECONSIDERATION**
) **PURSUANT TO LOCAL**
   -against- ) **RULE 6.3 AND**
) **F.R.C.P. 59 (e)**
)
JOSEPH E. ROYCE, LAWRENCE A. BLATTE, )
TULIO PRIETO , )
TBS Shipping Services Inc., and Guardian Navigation )
Services Inc., )
        Defendants. )
———————————————————————X

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support Of Plaintiffs' Motion for Reconsideration and Exhibit attached hereto, and upon all of the pleadings and proceedings herein, Plaintiffs' Helen Meimaris as Executrix and Legal Representative of the Estate of Alkiviades Meimaris, and Helen Meimaris will move this Court at such date and time designated by this Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order granting reconsideration of Judge Daniels Order dated September 25, 2019, pursuant to Local Rule 6.3 and F.R.C.P. 59(e) and for such other and further relief as this Court may deem just and proper.

Dated:    New York, New York
            October 9, 2019

                                            Respectfully submitted,

                                            /s/ **ALKISTIS G. Meimaris**
                                            Alkistis G. Meimaris, Esq.
                                            *Attorney for Plaintiffs*
                                            240 Fifth Avenue, M250
                                            New York, New York  10001
                                            (201) 615-3220
                                            alkistism@aol.com